IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**TAVIA HESS-JONES**                                                 **PLAINTIFF**

**vs.**                              **CIVIL ACTION NO. 5:08-cv-00337-DCB-JMR**

**WAFFLE HOUSE, INC.**                                        **DEFENDANT**

## CONSENT ORDER

Pursuant to the Arbitration Agreement entered into between the parties attached as Exhibit A, the Court hereby stays all proceedings in this action. The parties agree that this matter should be stayed, and that the Plaintiff's claims should be submitted to binding arbitration. Therefore, the Court, having found that it has jurisdiction over the parties and the subject matter, does hereby order as follows:

IT IS ORDERED AND ADJUDGED that this matter be stayed and held in abeyance and that the same be referred to binding arbitration.

This the   11th   day of   February  , 2009.

                                                             s/ David Bramlette
                                          UNITED STATES DISTRICT JUDGE

**AGREED TO AS TO FORM:**

| | |
|---|---|
| s/ Adam H. Gates | s/Louis H. Watson, Jr. |
| ADAM H.GATES | LOUIS H. WATSON, JR. |
| | |
| COUNSEL FOR DEFENDANT | COUNSEL FOR PLAINTIFF |
| WAFFLE HOUSE, INC. | TAVIA HESS-JONES |

Submitted by:

Adam H. Gates, Miss. Bar No. 102305
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
4268 I-55 North
Meadowbrook Office Park
Jackson, Mississippi  39211
Telephone:  601-351-2400
Facsimile:  601-351-2424
agates@bakerdonelson.com