# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

**TAVIA HESS-JONES**                                                 **PLAINTIFF**

**vs.**                          **CIVIL ACTION NO. 5:08-cv-00337-DCB-JMR**

**WAFFLE HOUSE, INC.**                                       **DEFENDANT**

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the Agreement of the parties, the Plaintiff's Complaint is dismissed with prejudice with each party to bear her/its own costs.

So ordered, this the   28th   day of     April    , 2010.

                                                   s/ David Bramlette
                                               UNITED STATES DISTRICT JUDGE